# Exhibit "C"

## BUCKS COUNTY RECORDER OF DEEDS
55 East Court Street
Doylestown, Pennsylvania 18901
(215) 348-6209

Instrument Number - 2010010954
Recorded On 2/16/2010 At 2:57:40 PM             * Total Pages - 4
* Instrument Type - MORTGAGE ASSIGNMENT
  Invoice Number - 354607         User - NMS
* Mortgagor - M E R S INC
* Mortgagee - B A C HOME LOANS SERV L P
* Customer - PHELAN, HALLINAN & SCHMIEG LLP
* FEES
  RECORDING FEES          $50.00
  TOTAL PAID              $50.00

This is a certification page

**DO NOT DETACH**

This page is now part of this legal document.

RETURN DOCUMENT TO:
PHELAN, HALLINAN & SCHMIEG LLP

I hereby CERTIFY that this document is recorded in the Recorder of Deeds Office of Bucks County, Pennsylvania.

Edward R. Gudknecht
Recorder of Deeds

* - Information denoted by an asterisk may change during the verification process and may not be reflected on this page.

Book: 6337 Page: 2058

Prepared By: Phelan Hallinan & Schmieg, LLP
1617 JFK Boulevard, Suite 1400, One Penn Center Plaza
Philadelphia, PA 19103

Return To: Phelan Hallinan & Schmieg, LLP
1617 JFK Boulevard, Suite 1400, One Penn Center Plaza
Philadelphia, PA 19103
ryan.galvin@fedphe.com

CPN:



## ASSIGNMENT OF MORTGAGE

KNOW ALL MEN BY THESE PRESENTS that "Mortgage Electronic Registration Systems, Inc." hereinafter "Assignor" the holder of the Mortgage hereinafter mentioned, for and in consideration of the sum of ONE DOLLAR ($1.00) lawful money unto it in hand paid by **BAC HOME LOANS SERVICING, LP**, "Assignee," the receipt whereof is acknowledged, has granted, bargained, sold, assigned, transferred and set over unto the said Assignee, its successors and assigns, ALL THAT CERTAIN Indenture of Mortgage given and executed by **JAMES J. ERB, JERRY F. COLEMAN, JOHN COLEMAN and DORIS COLEMAN to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED AS A NOMINEE FOR ALLIED MORTGAGE GROUP, INC.**, bearing the date 01/14/2008, in the amount of $232,942.00, together with the Note and indebtedness therein mentioned, said Mortgage being recorded on **01/14/2008** in the County of BUCKS, Commonwealth of Pennsylvania, in Mortgage Book 5677 Page 1775, MIN

Being Known as Premises: 124 TWIN OAK DRIVE, LEVITTOWN, PA 19056-1560
Parcel No:

The transfer of the mortgage and accompanying rights was effective at the time the loan was sold and consideration passed to the Assignor. This assignment is solely intended to describe the instrument sold in a manner sufficient to put third parties on public notice of what has been sold.

Also the Bond or Obligation in the said Indenture of Mortgage recited, and all Moneys, Principal and Interest, due and to grow due thereon, with the Warrant of Attorney to the said Obligation annexed. Together with all Rights, Remedies and incidents thereunto belonging. And all its Right, Title, Interest, Property, Claim and Demand, in and to the same:

TO HAVE, HOLD, RECEIVE AND TAKE, all and singular the hereditaments and premises granted and assigned, or mentioned and intended so to be, with the appurtenances unto Assignee, its successors and assigns, to and for its only proper use, benefit and behoof forever; subject, nevertheless, to the equity of redemption of said Mortgagor in the said Indenture of Mortgage named, and his/her/their heirs and assigns therein.

IN WITNESS WHEREOF, the said "Assignor" has caused its Corporate Seal to be herein affixed and these presents to be duly executed by its proper officers this 21st day of December, 2009.

Mortgage Electronic Registration Systems, Inc.

By: Judith T. Romano
Judith T. Romano, Assistant Secretary and Vice President

Sealed and Delivered
in the presence of us;

State of Pennsylvania   :
                        : ss.
County of Philadelphia  :

On this 21st day of December, 2009, before me, the subscriber, personally appeared Judith T. Romano, who acknowledged herself to be the Assistant Secretary and Vice President of **Mortgage Electronic Registration Systems, Inc.**, and that she, as such Assistant Secretary and Vice President, being authorized to do so, executed the foregoing instrument for the purposes therein contained.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

RECORDED
BUCKS COUNTY
RECORDER OF DEEDS
2010 JAN 11 P 11:36

Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
EUGENE JASKIEWICZ, Notary Public
City of Philadelphia, Phila. County
My Commission Expires August 13, 2012

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
EUGENE JASKIEWICZ, Notary Public
City of Philadelphia, Phila. County
My Commission Expires August 13, 2012

The precise address of the within named
Assignee is:
7105 CORPORATE DRIVE
PLANO, TX 75024
By: (signature)
(For Assignee)

After recording return to:
Phelan Hallinan & Schmieg, LLP
1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103

December 17, 2009
Document Execution
PHS # ▮▮▮▮

ALL THAT CERTAIN lot, piece or parcel of land, with the buildings and improvements thereon, situate, lying and being at Levittown, in the Township of Middletown, County of Bucks, Commonwealth of Pennsylvania, shown and designated as Lot No. 9702 J on Subdivision Map of 'Twin Oak', Levittown, Section 62, filed in the Office of the Recorder of Deeds of Bucks County, Pennsylvania, on October 5, 1955 in Plan Book 10 page 28 and known as 124 Twin Oak Drive, Levittown, Pennsylvania.

BEING the same premises which JOHN J. ERB AND JEAN ERB, HIS WIFE, by Deed dated February 9, 1972, and recorded February 16, 1972, in the Office of the Recorder of Deeds in and for the County of Bucks, Pennsylvania, in Book 2027, Page 862, granted and conveyed unto JOHN J. ERB AND JEAN ERB, HIS WIFE, in fee.

## BUCKS COUNTY RECORDER OF DEEDS
55 East Court Street
Doylestown, Pennsylvania 18901
(215) 348-6209

Instrument Number - 2014065382
Recorded On 11/24/2014 At 1:31:08 PM          * Total Pages - 4
* Instrument Type - MORTGAGE ASSIGNMENT
Invoice Number - 692298          User - KLJ
* Mortgagor - ALLIED MTG GRP INC
* Mortgagee - BANK AMER N A
* Customer - PHELAN HALLINAN L L P
* FEES
| | |
|---|---|
| RECORDING FEES | $73.00 |
| TOTAL PAID | $73.00 |

Bucks County UPI Certification
On November 24, 2014 By MDM

This is a certification page

**DO NOT DETACH**

This page is now part
of this legal document.

**RETURN DOCUMENT TO:**
PHELAN HALLINAN L L P

I hereby CERTIFY that this document is
recorded in the Recorder of Deeds Office
of Bucks County, Pennsylvania.




Joseph J. Szafran, Jr.
Recorder of Deeds

\* - Information denoted by an asterisk may change during
the verification process and may not be reflected on this page.

Please record and return the attached document to:
Phelan Hallinan, LLP
1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103

Contact Information for questions:
Marie Cordell
Legal Assistant
215-320-0007, ext 1385

Property: <u>124 TWIN OAK DRIVE</u>
<u>LEVITTOWN, PA 19056-1560</u>
County: <u>BUCKS</u>

PARCEL NO. ▉▉▉▉▉▉▉

---

### CORRECTIVE ASSIGNMENT OF MORTGAGE

This assignment is being recorded to confirm the prior assignment and verify signing authority in assignment recorded on 2/16/2010 Book 6637 Page 2058 Instrument number 2010010954

Prepared By and
Return To:   Phelan Hallinan, LLP
             1617 JFK Boulevard, Suite 1400
             Philadelphia, PA 19103
             PA.Assignment@phelanhallinan.com

CPN:

**RECEIVED**
**2014 NOV -3 A 10:32**
**BUCKS COUNTY**
**RECORDER OF DEEDS**

NOTE

## CORRECTIVE ASSIGNMENT OF MORTGAGE

This Assignment is being recorded to confirm the prior assignment and verify signing authority in assignment recorded on 2/16/2010, Book 6337, Page 2058, Instrument Number 2010010954.

KNOW ALL MEN BY THESE PRESENTS that **'MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS") AS A NOMINEE FOR ALLIED MORTGAGE GROUP, INC, A PENNSYLVANIA BANKING CORPORATION, its successors and assigns'** hereinafter 'Assignor', for and in consideration of the sum of ONE DOLLAR ($1.00) lawful money unto it in hand paid by **BANK OF AMERICA, N.A., AS SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP F/K/A COUNTRYWIDE HOME LOANS SERVICING, LP**, 'Assignee,' the receipt whereof is acknowledged, has granted, bargained, sold, assigned, transferred and set over unto the said Assignee, its successors and assigns, ALL THAT CERTAIN Indenture of Mortgage given and executed by **JAMES J. ERB, JERRY F. COLEMAN, DORIS COLEMAN and JOHN COLEMAN** to **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR ALLIED MORTGAGE GROUP, INC, A PENNSYLVANIA BANKING CORPORATION**, bearing the date **01/14/2008**, in the amount of **$232,942.00**, said Mortgage being recorded on **01/23/2008** in the County of **BUCKS**, Commonwealth of Pennsylvania, in **Book 5677, Page 1775**, MIN: _____ MERS Phone# _____

Being Known as Premises: **124 TWIN OAK DRIVE, LEVITTOWN, PENNSYLVANIA 19056**
Municipality: MIDDLETOWN TOWNSHIP
Parcel No:

The transfer of the mortgage and accompanying rights was effective at the time the loan was sold and consideration passed to the Assignor. This assignment is solely intended to describe the instrument sold in a manner sufficient to put third parties on public notice of what has been sold.

Together with all Rights, Remedies and incidents thereunto belonging. And all its Right, Title, Interest, Property, Claim and Demand, in and to the same:

TO HAVE, HOLD, RECEIVE AND TAKE, all and singular the hereditaments and premises granted and assigned, or mentioned and intended so to be, with the appurtenances unto Assignee, its successors and assigns, to and for its only proper use, benefit;

IN WITNESS WHEREOF, the said 'Assignor' has caused this document to be duly executed this **20** day of **October**, 20**14**.

The precise address of the within named Assignee is: 7105 CORPORATE DRIVE, PLANO, TX 75024
By: _____

**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS") AS A NOMINEE FOR ALLIED MORTGAGE GROUP, INC, A PENNSYLVANIA BANKING CORPORATION, its successors and assigns**

By: _____
Name: **Alda Duenas**
Title: **Assistant Secretary**

### ACKNOWLEDGMENT

State of **CALIFORNIA**
County of **VENTURA**

On **10-20-14** before me, **Victoria Cook, Notary Public**, personally appeared **Alda Duenas**
(insert name and title of the officer)
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)
Victoria Cook, Notary Public

**VICTORIA COOK**
Commission # 1982192
Notary Public - California
Ventura County
My Comm. Expires Jun 28, 2016

## LEGAL DESCRIPTION

ALL THAT CERTAIN lot, piece or parcel of land, with the buildings and improvements thereon, situate, lying and being at Levittown, in the Township of Middletown, County of Bucks, Commonwealth of Pennsylvania, shown and designated as Lot No. 9702 J on Subdivision Map of 'Twin Oak', Levittown, Section 62, filed in the Office of the Recorder of Deeds of Bucks County, Pennsylvania, on October 5, 1955 in Plan Book 10 page 28 and known as 124 Twin Oak Drive, Levittown, Pennsylvania.

Parcel No ▮▮▮▮▮▮▮